```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 20925
   SCOTT L TOLBERT
   DOREEN L TOLBERT                                 CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8167     SSN XXX-XX-7959

----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/25/05 and confirmed on 08/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24175.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------------

INTERNAL REVENUE SERVICE  PRIORITY         1954.23           .00          1954.23
ALLIED ANESTHESIA         UNSECURED        NOT FILED         .00             .00
ASSOC ANESTHESIOLOGISTS   UNSECURED        NOT FILED         .00             .00
ASSOCIATED PATHOLOGISTS   UNSECURED        NOT FILED         .00             .00
CREDITORS COLLECTION BUR  UNSECURED        5044.80           .00          5044.80
BASINGER PHARMACY         UNSECURED        NOT FILED         .00             .00
CAPITAL ONE BANK          UNSECURED         922.70           .00           922.70
CARICO                    UNSECURED         518.88           .00           518.88
CREDITORS DISCOUNT & AUD  UNSECURED        NOT FILED         .00             .00
FISCHER MANGOLD JOLIET    UNSECURED        NOT FILED         .00             .00
GENTIVA CARE CENTRIX      UNSECURED        NOT FILED         .00             .00
GMAC PAYMENT CENTER       UNSECURED        NOT FILED         .00             .00
HEALTH SERVICES SYSTEM    UNSECURED        NOT FILED         .00             .00
HEALTHY CONNECTION CHIRO  UNSECURED        NOT FILED         .00             .00
ILLINOIS STUDENT ASSIST   UNSECURED        NOT FILED         .00             .00
SILVER CROSS FAMILY CARE  UNSECURED        NOT FILED         .00             .00
WEXLER AND WEXLER         UNSECURED        NOT FILED         .00             .00
MX ENERGY                 UNSECURED        NOT FILED         .00             .00
OCCY SPORT INC            UNSECURED        NOT FILED         .00             .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED         .00             .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------------

PARKVIEW ORTHOPAEDIC GRO  UNSECURED          15.00           .00            15.00
PATHOLOGY LAB CONSULTANT  UNSECURED        NOT FILED         .00             .00
PEKIN INSURANCE CO        UNSECURED        NOT FILED         .00             .00
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED         .00             .00
SILVER CROSS CARDIOVASCU  UNSECURED        NOT FILED         .00             .00
SILVER CROSS HOSPITAL     UNSECURED        5534.57           .00          5534.57
SOUTHWEST CTR FOR GASTRO  UNSECURED        NOT FILED         .00             .00
```

```
YOUR DIAGNOSTIC CENTER L  UNSECURED        NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED         4289.07            .00      4289.07
MICHAEL R NAUGHTON        UNSECURED         3082.21            .00      3082.21
     Summary of disbursements:
----------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00     1954.23     19407.23        .00    21361.46
PRINCIPAL PAID            .00     1954.23     19407.23        .00    21361.46
INTEREST PAID             .00         .00          .00        .00         .00
TOTAL PAID                .00     1954.23     19407.23        .00    21361.46
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2700.00
and was paid $    865.00  direct and $   1835.00  through the plan.

The Trustee received $     977.52 .

Refunds to the Debtor totaled $      1.02 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/20/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                                  PAGE   2
            CASE NO. 05 B 20925 SCOTT L TOLBERT & DOREEN L TOLBERT